**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**SUSAN POTTS**                                                                                         **PLAINTIFF**

V.                  **NO.: 2:08CV00097-BD**

**MICHAEL J. ASTRUE,
Commissioner, Social Security Administration**                  **DEFENDANT**

**ORDER**

Pending is Defendant's Unopposed Motion to Remand (docket entry #8). Plaintiff does not object. For good cause shown, Defendant's motion (#8) is GRANTED.

This case is hereby remanded under sentence six of 42 U.S.C. § 405(g) for further development of the record and, if necessary, for a supplemental hearing. Specifically, the Administrative Law Judge should: (a) update, complete, and assemble the evidence submitted by Plaintiff's attorney; and (b) consider such evidence and offer Plaintiff a new decision.

IT IS SO ORDERED this 7th day of August, 2008.

_____
UNITED STATES MAGISTRATE JUDGE