# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**SUSAN POTTS**                                                                                                          **PLAINTIFF**

V.                              NO.: 2:08CV00097-BD

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security Administration**                       **DEFENDANT**

## JUDGMENT

In accordance with the Order entered this day, this case is remanded to the Secretary, under Sentence six of the Social Security Act, 42 U.S.C. § 405(g), for actions consistent with the Order.

IT IS SO ORDERED this 7th day of August, 2008.


_____
UNITED STATES MAGISTRATE JUDGE