# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**SUSAN POTTS**                                                                                    **PLAINTIFF**

**V.**                        **CASE NO.: 2:08CV00097-BD**

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security Administration**                           **DEFENDANT**

## JUDGMENT

Judgment is hereby entered in favor of Michael J. Astrue, Commissioner, Social Security Administration, and against Plaintiff Susan Potts.

DATED this 20th day of June, 2012.

_____
UNITED STATES MAGISTRATE JUDGE